ORDERED.

Dated: February 19, 2019

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – ORLANDO DIVISION

CASE NO. 6:19-bk-00046-KSJ
CHAPTER 7

**IN RE:**

**Surujnauth T Bharrat** *aka*
**Surujnauth Tickaram Bharrat and**
**Lilawatti Bharrat,**

      **Debtor**
_____/

**ORDER GRANTING MOTION FOR RELIEF FROM STAY
IN FAVOR OF FEDERAL NATIONAL MORTGAGE ASSOCIATION**
(Re: 2133 Korat Lane, Maitland, Florida 32751)

THIS CASE came on for consideration on the Motion for Relief from Stay (Document No. 13) filed by Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America, ("Secured Creditor"). No appropriate response having been filed in accordance with Local Rule 2002-4, it is,

**ORDERED**

1. Secured Creditor's Motion for Relief from Stay is **GRANTED**.

File No.: 12-00027 SET
V6.20170818

2. The automatic stay imposed by 11 U.S.C. § 362 is lifted with respect to real property located at: **2133 Korat Lane, Maitland, Florida 32751** and legally described as:

   **LOT 194, OF WINFIELD UNIT 2, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 36, PAGE 114 THROUGH 116, INCLUSIVE, OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.**

3. That automatic stay is modified for the sole purpose of allowing Movant complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the Debtor.

4. Bankruptcy fees and cost of $526.00 are awarded for bringing forth the prosecution of the Motion for Relief.

5. All communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation or other Loan Workout, may be sent directly to the Debtor.

###

**Submitted by:**

Marc G. Granger
Kahane & Associates, P.A.
8201 Peters Road, Ste.3000
Plantation, FL 33324
Telephone: (954) 382-3486

**Attorney <u>Marc G. Granger</u>, Esq. is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.**

* All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals

**Copies furnished to:**

**Surujnauth T Bharrat**
2133 Korat Lane
Maitland, FL 32751

**Lilawatti Bharrat**
2133 Korat Lane
Maitland, FL 32751

**Jeffrey S Hochfelsen, Esq.**
Law Office of Paul A. Krasker, P.A.
1615 Forum Place, 5th Floor
West Palm Beach, FL 33401

*Trustee*
**Gene T Chambers**
Post Office Box 533987
Orlando, FL 32853

*U.S. Trustee*
**United States Trustee - ORL7/13**
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801