**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 19-00046 | Trustee Name: | Gene T. Chambers |
|---|---|---|---|
| Case Name: | BHARRAT, SURUJNAUTH T AND BHARRAT, LILAWATTI | Date Filed (f) or Converted (c): | 01/04/2019 (f) |
| For the Period Ending: | 06/30/2019 | §341(a) Meeting Date: | 02/08/2019 |
| | | Claims Bar Date: | 10/31/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE - 2133 KORAT LANE, MAITLAND, FL 32751 | $252,486.00 | $252,486.00 | | $0.00 | $252,486.00 |
| Asset Notes: | TRUSTEE INTENDS TO PURSUE A SHORT SALE THROUGH BK GLOBAL. | | | | | |
| 2 | 2009 NISSAN ALTIMA (VIN: 1N4AL21E69N458553) | $3,606.00 | $0.00 | | $0.00 | FA |
| 3 | 2005 NISSAN ALTIMA (VIN: 1N4AL11D75C132347) (u) | $1,600.00 | $0.00 | | $0.00 | FA |
| 4 | 2003 FORD 150 XL STX (VIN: 1FTRX17W73NA77877) (u) | $2,000.00 | $0.00 | | $0.00 | FA |
| 5 | JON BOA ALUMINUM OUTBOARD BOAT (VIN: FLZS9417J500) (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | BOAT IS UNUSABLE DUE TO SEVERE LEAKS | | | | | |
| 6 | HOUSEHOLD GOODS (u) | $950.00 | $0.00 | | $0.00 | FA |
| 7 | 2 TVs (u) | $150.00 | $0.00 | | $0.00 | FA |
| 8 | CLOTHES (u) | $50.00 | $0.00 | | $0.00 | FA |
| 9 | JEWELRY (u) | $255.00 | $0.00 | | $0.00 | FA |
| 10 | CASH (u) | $20.00 | $0.00 | | $0.00 | FA |
| 11 | CHECKING ACCOUNT - PNC BANK (u) | $2,576.56 | $0.00 | | $0.00 | $0.00 |

**TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Asset** |
| | $263,693.56 | $252,486.00 | | $0.00 | $252,486.00 |

**Major Activities affecting case closing:**
06/17/2019   STEVEN M. VANDERWILT CPA EMPLOYED AS ACCOUNTANT
05/20/2019   M. E. HENKEL, P.A. EMPLOYED AS SPECIAL REAL ESTATE COUNSEL.

**Initial Projected Date Of Final Report (TFR):** 12/31/2019    **Current Projected Date Of Final Report (TFR):** 12/31/2019    /s/ GENE T. CHAMBERS

GENE T. CHAMBERS