ORDERED.

Dated: November 04, 2019

_____
Karen S. Jennemann
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re :                                                                                       Case No. **6:19-bk-00046-KSJ**
                                                                                              Chapter 7

**Surujnauth T. Bharrat** and
**Lilawatti Bharrat**,
                      Debtor(s).
_____/

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE SALE OF ESTATE'S**
**INTEREST IN NON-HOMESTEAD REAL ESTATE IN ORANGE COUNTY, FLORIDA**

This case came before the Court on Trustee's Motion for Order Approving Sale of Estate's Interest in Non-Homestead Real Estate in Orange County, Florida, dated October 8, 2019, (docket no. 40). Said Motion was served on all interested parties and no response has been received by the Court. Therefore, the Court considers the matter to be unopposed and having reviewed the Motion, the file, and being otherwise apprised of the matter

Accordingly, it is

1. ORDERED that the Motion for Order Approving Sale of Estate's Interest in Non-Homestead Real Estate in Orange County, Florida, is approved, and the Trustee is authorized to sell the estate's interest in said property, as follows :

2. The property to be sold is more particularly described as :

   **Lot 194, WINFIELD UNIT 2, according to the plat thereof as recorded in Plat Book 36, Pages 114 through 116, inclusive, Public Records of Orange County, Florida.**

   **Parcel ID No. 27-21-29-9356-01-940**
   a/k/a 2133 Korat Ln., Maitland, FL 32751

3. The property shall be sold to the following buyer for the sales price indicated :

|  | Sales Price |
|---|---|
| **Philip J. Chapman and Falana N. Daniel-Chapman**<br>1528 Winter Green Blvd.<br>Winter Park, FL 32792 | $ 235,000.00 |

4. The Trustee has represented that no closing costs are to be paid by the Estate and has obtained short sale approval from the first and second mortgage holder.  First mortgage holder has authorized the following to be paid from the sales price : normal closing costs, realtor fees and costs, sums necessary to satisfy an existing first mortgage, sums necessary to satisfy an existing second mortgage under second mortgage short sale approval, prorated 2019 real estate taxes, delinquent homeowners association dues, and bankruptcy estate carve out as described in the Motion.

5.  Trustee is authorized to transfer title to the property by Trustee's Deed, conveying the interest of the estate,  subject to all encumbrances, including current taxes, assessments, zoning, restrictions, and other requirements imposed by governmental authorities, restrictions and other matters appearing on the plat or otherwise common to the subdivision and/or condominium, and public utility easements of record.

6. The Estate shall provide to buyer, a certified copy of the Order approving sale, certified copy of Notice of Commencement and certified copy of docket, reflecting no objection to the sale, or if any, that said objections have been overruled by Court Order.

7.  The 14-day stay pursuant to Rule 6004(h) is hereby waived.

Attorney Kristen L. Henkel is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.